No. 80–1268. MONONGAHELA POWER CO. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BLACK-MUN would grant certiorari.

No. 80–1339. CLANON, SUPERINTENDENT, CALIFORNIA MEDICAL FACILITY AT VACAVILLE, ET AL. *v.* GIBSON ET AL. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–5696. PAYNE *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied. JUSTICE STEWART would grant certiorari.

No. 80–5942. AMADEO *v.* RUSSEAU, SHERIFF. Sup. Ct. Ga.;

No. 80–5969. MILLER *v.* ARKANSAS. Sup. Ct. Ark.; and

No. 80–6155. JACKSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Reported below: No. 80–5969, 269 Ark. 341, 605 S. W. 2d 430; No. 80–6155, 28 Cal. 3d 264, 618 P. 2d 149.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–5633. BLAND *v.* TEXAS, *ante,* p. 924;

No. 80–5891. THERIAULT ET AL. *v.* ESTABLISHMENT OF RELIGION ON TAXPAYERS' MONEY IN THE FEDERAL BUREAU OF PRISONS ET AL., *ante,* p. 929;

No. 80–5930. KEEZER ET AL. *v.* MINNESOTA, *ante,* p. 930; and

No. 80–5964. PHIPPS *v.* BROWN ET AL., *ante,* p. 932. Petitions for rehearing denied.